JS-6

UNITED STATES DISTRICT COURT

FOR CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GEORGE K. GODFREY, an individual,<br><br>　　Plaintiff,<br><br>　v.<br><br>PRINCESS CRUISE LINES, LTD., a Bermuda corporation doing business as PRINCESS CRUISES, and ACTUR TRAVEL LTD., a Russian corporation and DOES 1 through 10, Inclusive,<br><br>　　Defendants. | Case No: CV-15-1975-MWF(PLA)<br>[Assigned to Hon. Michael W. Fitzgerald, Courtroom 5A and Magistrate Judge Paul L. Abrams, Courtroom 780 - 7th Floor]<br>(Complaint filed on March 17, 2015)<br><br>**ORDER RE JOINT STIPULATION RE REQUEST FOR DISMISSAL**<br><br>Trial Date: October 31, 2017<br>FPTC Date: October 2, 2017 |

**TO ALL PARTIES HEREIN:**

Having considered the Parties' Stipulation Re Request for Dismissal and finding that good cause exists, this Court orders that:

1.　With good cause, Plaintiff's case CV-15-1975-MWF(PLA) is **DISMISSED** with prejudice pursuant to the settlement agreement executed on April 21, 2017.

DATED: June 5, 2017　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　**Judge Michael W. Fitzgerald**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

-1-